

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAIDULLO SHERAKOV and MARJONBEGIM SHODIBEKOVA, | Case No.:  26-cv-2844-RSH-DEB |
| Petitioners, | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| CHRISTOPHER J. LAROSE, et al., | |
| Respondents. | |

On May 5, 2026, petitioners Zaidullo Sherakov and Marjonbegim Shodibekova filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioners contend that their immigration detention without a bond hearing pending removal proceedings has become unduly prolonged in violation of the due process clause. Respondents have filed a return agreeing that Petitioners should receive a bond hearing where the government bears the burden of establishing, by clear and convincing evidence, that Petitioners pose a danger to the community or a flight risk. ECF No. 4.

Accordingly, the Petition is **GRANTED** as follows. Respondents are directed to arrange a bond hearing for Petitioners before an immigration court within *fourteen (14) days* of this order, at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight.

The Court declines to order Petitioners' immediate release or further injunctive relief, as the Petition does not set forth an adequate legal basis for such relief.

**IT IS SO ORDERED**.

Dated: May 19, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-2844-RSH-DEB